1  Ronald Wilcox, CA Bar No. 176601
   Attorney at Law
2  2160 The Alameda
   First Floor, Suite F
3  San Jose, CA 95126
   Tel: (408) 296-0400
4  Fax: (408) 296-0486

5  Lance Raphael
   Stacy Bardo
   Allison Krumhorn
6  The Consumer Advocacy Center, P.C.
   180 West Washington, Suite 700
7  Chicago, IL 60602
   Tel: 312-782-5808
8  Fax: 312-377-9930

9  Attorneys for Plaintiff

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  **SAN JOSE DIVISION**

13  DONALD JOHNSON, on behalf of              )
14  himself and all others similarly situated, )   STIPULATION TO MOVE
                                               )   HEARING ON DEFENDANTS'
                                               )   MOTION FOR SUMMARY
15                        Plaintiff,           )   JUDGMENT TO APRIL 3, 2006
                                               )
16        v.                                   )   Case No.  0505176 JW
                                               )
17  PHILLIPS COHEN & ASSOCIATES, LTD. and,    )
    ADAM S. COHEN,                             )
18                                             )
                                               )
19                        Defendants.          )   **JURY TRIAL DEMANDED**

20      The parties hereby stipulate and agree to move the hearing date on Defendant's Motion

21  for Summary Judgment from March 27, 2006 to April 3, 2006.

22  Date:  2/27/06              /s/Ronald Wilcox
                                Ronald Wilcox, Attorney for plaintiff

23  Date:  2/27/06              /s/Andrew Steinheimer
24                              Andrew Steinheimer, Attorney for Defendants

1  [~~PROPOSED~~] ORDER

2  Pursuant to the parties stipulation the hearing date on Defendant's Motion for Summary

3  Judgment shall be continued from March 27, 2006 to April 3, 2006.

4  IT IS SO ORDERED.

5  _____
   HON. JAMES WARE
6  U.S. DISTRICT JUDGE

7  Signed and Dated: March 8, 2006